IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MULHERN | : CIVIL ACTION |
| | : |
| v. | : NO. 22-2959 |
| | : |
| SECURITAS SECURITY SERVICES USA INC. | : |

# ORDER

**AND NOW**, this 14th day of September 2022, upon considering Defendant's Motion to dismiss (ECF Doc. No. 11) the amended Complaint (ECF Doc. No. 10), Plaintiff's Response (ECF Doc. No. 13), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 11) is **DENIED** requiring Defendant answer the amended Complaint (ECF Doc. No. 10) no later than **September 28, 2022**.

_____
**KEARNEY, J.**